UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRY KLEIN, derivatively on behalf of QLIK TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> – against -- <br><br> CADIAN CAPITAL MANAGEMENT, LP, CADIAN FUND LP, CADIAN MASTER FUND LP, CADIAN GP, LLC, CADIAN CAPITAL MANAGEMENT GP, LLC, ERIC BANNASCH and QLIK TECHNOLOGIES INC., <br><br> Defendants. | 15 Civ. 8140 (ER) <br><br> **NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Terry Klein, derivatively on behalf of Qlik Technologies Inc., and Nominal Defendant Qlik Technologies Inc. hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment (Docket No. 52) entered September 18, 2017, and the Opinion and Order (Docket No. 51) entered September 15, 2017 granting Defendants' motion to dismiss the Complaint and denying Plaintiff's motion to substitute Qlik Technologies Inc. as Plaintiff in her stead.

Dated:  New York, New York
        October 9, 2017

                             /s
                        Paul D. Wexler

                        110 E. 59th Street, 23rd Floor
                        New York, New York 10022
                        (212) 317-0777

OSTRAGER CHONG FLAHERTY
 & BROITMAN P.C.

570 Lexington Avenue
New York, New York 10022
(212) 681-0600

:

*Attorneys for Plaintiff Terry Klein and
Nominal Defendant Qlik Technologies Inc.*