UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERRY KLEIN, derivatively on behalf of
QLIK TECHNOLOGIES INC.,

          Plaintiff,

– against --

CADIAN CAPITAL MANAGEMENT, LP,
CADIAN FUND LP, CADIAN MASTER FUND
LP, CADIAN GP, LLC, CADIAN CAPITAL
MANAGEMENT GP, LLC, ERIC BANNASCH
and QLIK TECHNOLOGIES INC.,

          Defendants.

15 Civ. 8140 (ER)

**AMENDED
NOTICE OF APPEAL**

---

**NOTICE IS HEREBY GIVEN** that Plaintiff Terry Klein, derivatively on behalf of Qlik Technologies Inc., and Nominal Defendant Qlik Technologies Inc. hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment (Docket No. 52) entered September 18, 2017, and the Opinion and Order (Docket No. 51) entered September 15, 2017 granting Defendants' motion to dismiss the Complaint and denying Plaintiff's motion to substitute Qlik Technologies Inc. as Plaintiff in her stead.

Dated:  New York, New York
         October 10, 2017

                                          */s/ Paul D. Wexler*
                                            Paul D. Wexler

                                          110 E. 59th Street, 23rd Floor
                                          New York, New York 10022
                                          (212) 317-0777