**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
——————————————————— X

QLIK TECHNOLOGIES, INC.,                                :
                                                        :
                                                        :
                              Plaintiff,                :
              v.                                        :
                                                        : No. 1:15-CV-08140-ER
CADIAN CAPITAL MANAGEMENT, LP,                          :
CADIAN FUND LP, CADIAN MASTER                           : **STIPULATION OF DISMISSAL WITH**
FUND LP, CADIAN GP, LLC, CADIAN                         : **PREJUDICE**
CAPITAL MANAGEMENT GP, LLC, and                         :
ERIC BANNASCH,                                          :
                                                        :
                              Defendants.               :
                                                        :
——————————————————— X

      **IT IS HEREBY STIPULATED** by the parties through their respective attorneys that this

action be dismissed with prejudice, each party to bear their own costs.


Dated: March 21, 2019
       New York, New York


[*Signatures on following page*]

1

## STIPULATION OF DISMISSAL WITH
## PREJUDICE 1:15-cv-08140 (Ramos, J.)

Dated:  New York, New York
         March 21, 2019

_____
Paul D. Wexler
The Law Offices of Paul D. Wexler
110 E. 59th Street, 23rd Floor
New York, New York 10022
(212) 317-0777
pdw@paulwexlerlaw.com

_____
Glenn F. Ostrager
Ostrager Chong Flaherty & Broitman P.C.
570 Lexington Avenue
New York, New York 10022
(212) 681-0600
gostrager@ocfblaw.com

*Attorneys for Qlik Technologies  Inc.*

_____
Robert H. Pees
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
drappaport@akingump.com
(212) 872-7412

*Attorney for Cadian Capital Management,
LP, Cadian Fund LP, Cadian Master Fund
LP, Cadian GP, LLC, Cadian Capital
Management GP, LLC, and Eric Bannasch*

SO ORDERED:

_____
*Honorable Edgardo Ramos USDJ*
New York, New York
March __, 2019

**STIPULATION OF DISMISSAL WITH**
**PREJUDICE 1:15-cv-08140 (Ramos, J.)**

Dated:  New York, New York
March  21, 2019

Paul D. Wexler
The Law Offices of Paul D. Wexler
110 E. 59th Street, 23rd Floor
New York, New York 10022
(212) 317-0777
pdw@paulwexlerlaw.com

Robert H. Pees
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
drappaport@akingump.com
(212) 872-7412

*Attorney for Cadian Capital Management,*
*LP, Cadian Fund LP, Cadian Master Fund*
*LP, Cadian GP, LLC, Cadian Capital*
*Management GP, LLC, and Eric Bannasch*

Glenn F. Ostrager
Ostrager Chong Flaherty & Broitman P.C.
570 Lexington Avenue
New York, New York 10022
(212) 681-0600
gostrager@ocfblaw.com

*Attorneys for Qlik Technologies Inc.*

SO ORDERED:

*Honorable Edgardo Ramos USDJ*
New York, New York
March __, 2019

2

**STIPULATION OF DISMISSAL WITH
PREJUDICE 1:15-cv-08140 (Ramos, J.)**

Dated:  New York, New York
        March 21, 2019

_____
Paul D. Wexler
The Law Offices of Paul D. Wexler
110 E. 59th Street, 23rd Floor
New York, New York 10022
(212) 317-0777
pdw@paulwexlerlaw.com

_____
Robert H. Pees
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
drappaport@akingump.com
(212) 872-7412

*Attorney for Cadian Capital Management,
LP, Cadian Fund LP, Cadian Master Fund
LP, Cadian GP, LLC, Cadian Capital
Management GP, LLC, and Eric Bannasch*

_____
Glenn F. Ostrager
Ostrager Chong Flaherty & Broitman P.C.
570 Lexington Avenue
New York, New York 10022
(212) 681-0600
gostrager@ocfblaw.com

*Attorneys for Qlik Technologies Inc.*

SO ORDERED:

_____
*Honorable Edgardo Ramos USDJ*
New York, New York
March __, 2019

2